**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
KEESHA NANCE,

                    Plaintiff,

         -against-

CITY OF NEW YORK

                    Defendant.
------------------------------------------------------------------

                           **ORDER**
                   **24-CV-8228 (JAV) (JW)**

**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

This Parties participated in a settlement conference with Judge Willis on February 4, 2026.  A second settlement conference needs to be scheduled.

The Parties are directed to contact Courtroom Deputy Christopher Davis via email **by February 12, 2026** at [WillisNYSDChambers@nysd.uscourts.gov](mailto:WillisNYSDChambers@nysd.uscourts.gov) to provide three mutually agreeable dates in **March and April.**   Any conference will be held in person at Courtroom 228, 40 Foley Square, New York, New York.

      SO ORDERED.

DATED:    New York, New York
           February 5, 2026

                            _____
                            JENNIFER E. WILLIS
                            United States Magistrate Judge