**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
KEESHA NANCE,

                          Plaintiff,                                        **ORDER**
                                                                    **24-CV-8228 (JAV) (JW)**

                -against-

CITY OF NEW YORK

                          Defendant.
-------------------------------------------------------------------
**JENNIFER E. WILLIS, UNITED STATES MAGISTRATE JUDGE:**

The Court has received six emails from Plaintiff Nance since Monday, February 16th.  The emails include communications between Plaintiff and her counsel.  Plaintiff's counsel was not copied on the emails and will be provided the emails by the Court.  The Parties are reminded that they are not to have any *ex parte* contact (i.e. communications without the other side present) with the Court.  Plaintiff Nance is instructed not to send any additional emails to the Court.  All communications with the Court, except for settlement communications, must be filed publicly on ECF.

In the usual course, any communications provided to the Court *ex parte* would result in the Court filing the communications publicly on ECF.  However, the Court will consider the emails sent by Plaintiff Nance to be part of settlement discussions and will not file them publicly.  If any additional *ex parte* emails are sent to the Court, the Court will publicly file the communications on ECF.

The Court has not received a motion to withdraw from counsel for Plaintiff. Therefore, Plaintiff is still represented by her counsel.

SO ORDERED.

DATED:    New York, New York
          February 18, 2026

_____
JENNIFER E. WILLIS
United States Magistrate Judge

2