UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                    :

KEESHA NANCE,                                                    :

                     Plaintiff,                     :

                                    :           24-CV-08228 (JAV)

           -v-                      :

                                    :               ORDER

THE CITY OF NEW YORK,                                   :

                                    :

                     Defendant.        :
-----------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

       The Court has recently received, by email, several pieces of correspondence directly from Plaintiff, notwithstanding the fact that she is currently represented by counsel.  Additionally, the Court has been copied on email communications, between Plaintiff and her attorney, that disclose information protected by the attorney-client relationship.  The Court will place these email communications on the docket under seal.

       In order to address the issues that have been raised by these communications, the Court will hold an ex parte conference with plaintiff and her counsel **today, February 18, 2026**, at 3:00pm via Microsoft Teams: https://teams.microsoft.com/meet/24223155580101?p=YbZyYsh7xlyZETSBOQ; Meeting ID: 242 231 555 801 01; Passcode: 7B2Ew9Cb.

       Plaintiff is instructed not to communicate directly with chambers while she is represented by counsel.

       SO ORDERED.

Dated: February 18, 2026
       New York, New York                                        JEANNETTE A. VARGAS
                                                     United States District Judge