UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                        :

KEESHA NANCE,
                        :

          Plaintiff,         :

                        :         24-CV-08228 (JAV)
      -v-                :

                        :         <u>ORDER</u>
THE CITY OF NEW YORK,
                        :

         Defendant.      :

                        :

-------------------------------------------------------------------- :
                        X

JEANNETTE A. VARGAS, United States District Judge:

      The Clerk of Court is directed to file the ex parte email correspondence received by the Court from Plaintiff and her attorney under seal.


   SO ORDERED. Dated:

      February 20, 2026
      New York, New York                   _____
                                           JEANNETTE A. VARGAS
                                           United States District Judge